AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| A.G., by and through her father, N.G.,<br>*Plaintiff*<br>v.<br>COMMUNITY INSURANCE COMPANY D/B/A/<br>ANTHEM BLUE CROSS AND BLUE SHIELD,<br>*Defendant* | ) ) ) ) ) Civil Action No. 1:18-cv-300 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's motion for judgment on the administrative record (Doc. 36) is GRANTED; Plaintiff's motion for judgment on the merits (Doc. 38) is DENIED; and this case is TERMINATED from the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Timothy S. Black, United States District Judge on motions for judgment on the administrative record (Doc. 36) and judgment on the merits (Doc. 38).

Date: 11/30/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*